**Dennis K. OLIVER**

v.

**John MORAN, Director of Department of Corrections.**

**No. 81–432–M.P.**

Supreme Court of Rhode Island.

Sept. 10, 1981.

Michael A. DiLauro, Asst. Public Defender, for petitioner.

Dennis J. Roberts II, Atty. Gen., Alyssa L. Talanker, Sp. Asst. Atty. Gen., for respondent.

### ORDER

The petition for writ of habeas corpus is denied.

**Michael PETERSON**

v.

**John MORAN.**

**No. 81–412–M.P.**

Supreme Court of Rhode Island.

Sept. 10, 1981.

Paula Rosin, Marvin Clemons, Asst. Public Defenders, for petitioner.

Dennis J. Roberts II, Atty. Gen., Kathryn A. Salmanson, Sp. Asst. Atty. Gen., for respondent.

### ORDER

The petition for writ of habeas corpus is denied.

**John QUATTROCCHI III**

v.

**C. Edward REDMAN et al.**

**No. 81–84–M.P.**

Supreme Court of Rhode Island.

Sept. 10, 1981.

Edward John Mulligan, Warwick, for petitioner.

Lincoln C. Almond, Town Sol., Lincoln, for respondents.

### ORDER

The petition for writ of certiorari is denied.